UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:24-cr-560-SDM-AAS

ELIJAH ASHLEY JONES

_____/

## ORDER MODIFYING CONDITIONS OF RELEASE

The Defendant, Elijah Ashley Jones, moves to modify the conditions of his pretrial release to impose a curfew rather than home detention. Doc. 186. The United States opposes the motion. I held a hearing on the motion.

After considering the motion, the presentations of the parties, and the factors in 18 U.S.C. § 3142(g), and for the reasons stated on the record, I grant the motion in part.

Pretrial services may approve the Defendant's travel outside the home:

1. To drop off his sister at school and pick her up from school or from after-school activities;

2. To go to the gym on Tuesdays and Thursdays from 1:00pm to 3:30pm; and

3. To take his mother to and from medical appointments.

All other conditions of release shall remain in place.

**ORDERED** in Tampa, Florida, on December 19, 2025.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service